UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | Civil No. 1:10-CV-2561 |
| **Plaintiff** | : | |
| | : | (Chief Judge Kane) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **LT. BOWER, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Defendants filed a motion for judgment on the pleadings on January 25, 2012, arguing that Plaintiff failed to exhaust her administrative remedies. (Doc. No. 53.) On March 22, 2012, Magistrate Judge Carlson issued a Report and Recommendation in which he recommended that Defendants' motion be denied. (Doc. No. 67.) Defendants have failed to object to the motion. Upon a de novo review of the Report and Recommendation, the Court detects no error therein.

**ACCORDINGLY**, on this 24th day of April 2012, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 67) is **ADOPTED** and Defendants' motion for judgment on the pleadings (Doc. No. 53) is **DENIED**. This matter shall be referred back to Magistrate Judge Carlson for continued pre-trial management.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania