IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN MARIE BALL | : | |
|    Plaintiff | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:10-CV-2561 |
| | : | |
| LT. BOWER, | : | CHIEF JUDGE KANE |
| C.O. ROGERS, | : | |
| WARDEN, | : | |
| LYCOMING COUNTY JAIL, | : | MAGISTRATE JUDGE CARLSON |
| JANE DOE and JOHN DOE | : | |
|    Defendants | : | FILED ELECTRONICALLY |

### ORDER

AND NOW, this ____ day of _____, 20___, upon consideration of the Motion for Summary Judgment filed by remaining Defendants Lt. Bower and C.O. Rogers, it is hereby ORDERED that said Motion is granted in favor of Lt. Bower and C.O. Rogers.

It is further ORDERED that Plaintiff's Complaint is dismissed in its entirety as all claims raised by Plaintiff in her Complaint have been adjudicated.

BY THE COURT:

_____
                                                          J.