IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN MARIE BALL<br>    Plaintiff | : |
| vs. | : CIVIL ACTION NO. 1:10-CV-2561 |
| LT. BOWER,<br>C.O. ROGERS,<br>WARDEN,<br>LYCOMING COUNTY JAIL,<br>JANE DOE and JOHN DOE<br>    Defendants | : CHIEF JUDGE KANE<br>:<br>: MAGISTRATE JUDGE CARLSON<br>:<br>: FILED ELECTRONICALLY |

## CERTIFICATE OF SERVICE

**AND NOW**, this 3rd day of December, 2012, I hereby certify that I have served the foregoing Defendants' Motion for Summary Judgment as described below.

**By United States Mail, First Class, postage pre-paid, Certificate of Mailing:**

Dawn Marie Ball
OL 0342
SCI Muncy
Box 180
Muncy, PA 17756

McNERNEY, PAGE, VANDERLIN & HALL

By: /s/ Robin A. Read
Robin A. Read, Esquire
I.D. #47629
Attorney for Motioning Defendants
Lieutenant Bower and C.O. Rogers
433 Market Street
P.O. Box 7
Williamsport, Pennsylvania 17703
Telephone: 570-326-6555
Facsimile: 570-326-3170
Email: rread@mpvhlaw.com