# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN BALL, | : | |
|     Plaintiff | : | Civil Action No. 1:10-cv-02561 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| LT. BOWER, et al., | : | (Magistrate Judge Carlson) |
|     Defendants | : | |

## ORDER

On December 3, 2012, Defendants Lt. Bower and C.O. Rogers filed a motion for summary judgment. (Doc. No. 85.) On February 6, 2013, Plaintiff Dawn Ball filed a motion to deny Defendants' motion for summary judgment. (Doc. No. 98.) Magistrate Judge Carlson issued a Report and Recommendation on August 29, 2013, recommending that the Defendants' motion for summary judgment be granted, and Plaintiff's motion to deny summary judgment be denied. (Doc. No. 123.) Plaintiff filed timely objections to the Report and Recommendation on September 10, 2013. (Doc. No. 124.) The objections fail to address the legal findings in the Report and Recommendation in any meaningful way. Rather, the objections consist almost exclusively of complaints regarding the conduct of prison staff and Magistrate Judge Carlson. Upon a review of the record and the applicable law, the Court detects no error in Magistrate Judge Carlson's findings, and will grant Defendants' motion for summary judgment, overrule Plaintiff's objections, and deny Plaintiff's motion to deny summary judgment.

**ACCORDINGLY**, on this 21st day of November 2013, **IT IS HEREBY ORDERED THAT:**

    1.    Magistrate Judge Carlson's Report and Recommendation (Doc. No. 123) is **ADOPTED**;

    2.    Plaintiff's objections (Doc. No. 124) are **OVERRULED**;

3. Defendants Bower and Rogers's motion for summary judgment (Doc. No. 85) is **GRANTED**;

4. Plaintiff's motion to deny Defendants' motion for summary judgment (Doc. No. 98) is **DENIED**; and

5. The Clerk of Court is directed to close the file.

s/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania